### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LIONEL MONTANEZ
             *Plaintiff,*

         v.

HESSIAN CO., LTD. d/b/a
FADDIS CONCRETE PRODUCTS
             *Defendant.*

CIVIL ACTION
NO. 21-3567

### ORDER

AND NOW, this 15th day of March, 2022, upon consideration of Defendant Hessian Co. Ltd.'s Motion to Dismiss Plaintiff Lionel Montanez's Complaint (ECF 8), its supporting brief (ECF 9), Plaintiff's response (ECF 10), and Defendant's reply (ECF 11) and consistent with the accompanying Memorandum of Law, it is **ORDERED** that the Motion is **DENIED.**

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.