IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIONEL MONTANEZ | : |
| v. | : CIVIL ACTION NO. 21-03567-GJP |
| HESSIAN CO., LTD. | : |

JUDGMENT

BEFORE Pappert, J.

NOW, this 2nd day of August, 2022, in accordance with Defendant's Offer of Judgment and Plaintiff's Acceptance thereof pursuant to Fed. R. Civ. P. 68;

It is ORDERED that judgment is entered in favor of Plaintiff Lionel Montanez and against Defendant Hessian Co., LTD. in the amount of $2,501.00 inclusive of costs and attorneys' fees.

BY THE COURT:

ATTEST:

/s/Nicole Durso
Deputy Clerk